**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Frontier Sand, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3472366** |
| **4.** | **Debtor's address** | **Principal place of business**  **305 Hwy. AA**  **New Auburn, WI 54757**  Number, Street, City, State & ZIP Code  **Chippewa**  County  **Mailing address, if different from principal place of business**  **P.O. Box 99**  **New Auburn, WI 54757**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor **Frontier Sand, LLC** _____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **2322**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Frontier Sand, LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Frontier Sand, LLC**                                                                                    Case number (*if known*)
     Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Frontier Sand, LLC**  
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 14, 2023**
MM / DD / YYYY

**X /s/ Bruce Durand**  
Signature of authorized representative of debtor

**Bruce Durand**  
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Joshua D. Christianson**  
Signature of attorney for debtor

Date **November 14, 2023**
MM / DD / YYYY

**Joshua D. Christianson 1060033**  
Printed name

**Christianson & Freund, LLC**  
Firm name

**920 S. Farwell Street, Ste. 1800**
**P.O.  Box 222**
**Eau Claire, WI 54702-0222**
Number, Street, City, State & ZIP Code

Contact phone **715.832.1800**    Email address **lawfirm@cf.legal**

**1060033 WI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Frontier Sand, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Badger State Recovery, Inc.** Attn: Pres,Prtnr,Mmbr P.O. Box 99 New Auburn, WI 54757 | | loans | | | | $797,970.99 |
| **Deere & Company** Attn: Pres,Prtnr,Mmbr 1 John Deere Place Moline, IL 61265 | | Chippewa County jmt, case 21CV321 | | | | $4,680.90 |
| **Hudson Electric Inc.** Attn: Pres,Prtnr,Mmbr 14623 Cty. Hwy. S Chippewa Falls, WI 54729 | | services | | | | $98,731.59 |
| **John Deere Construction & Forestry Co.** Attn: Pres,Prtnr,Mmbr 6400 NW 86th St. Johnston, IA 50131 | | JD 400D vehicles, wheel loader, bucket UCC #180009649533, 180010115917, 180010177016, 180010945323 | | | | $300,000.00 |
| **Newtek Small Business Finance LLC** Attn: Pres,Prtnr,Mmbr 1981 Marcus Ave., Ste 130 New Hyde Park, NY 11042 | | loans UCC #170015204416 | | | | $5,000,000.00 |
| **Don Prill** 4121 186th Avenue Bloomer, WI 54724 | | royalties | | | | $65,034.90 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Frontier Sand, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **River Country Coop Attn: Pres,Prtnr,Mmbr 1080 West River St. Chippewa Falls, WI 54729** | | services & supplies | | | | $21,505.88 |
| **Security Bank Attn: Pres,Prtnr,Mmbr 112 E. Main St. New Auburn, WI 54757** | | Chippewa County jmt, case no. 20CV171 5 | | | | $2,200,000.00 |
| **Terri Durand Trucking Inc. Attn: Pres,Prtnr,Mmbr P.O. Box 99 New Auburn, WI 54757** | | loans | | | | $240,000.00 |

```
Attorney General
10th Street & Constitution Ave NW
Washington, DC 20530

DNR
State of Wisconsin
Box 7921
Madison, WI 53707

DWD-UI
Collections Section
P.O. Box 8914
Madison, WI 53708-8914

IRS (USA)
P.O. Box 7346
Philadelphia, PA 19101-7346

Chex Systems, Inc
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260-1619

Experian
P.O. Box 4500
Allen, TX 75013

Equifax Credit Information Srvcs
P.O. Box 740241
Atlanta, GA 30374

TransUnion Cons. Solutions
P.O. Box 2000
Chester, PA 19022-2000

U.S. Attorney's Office
222 West Washington Ave., Ste. 700
Madison, WI 53703

Attorney General, State of WI
14 E. Capitol
PO Box 7857
Madison, WI 53707-7857

WI Dept of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901
```

```
Badger State Recovery, Inc.
Attn: Pres,Prtnr,Mmbr
P.O. Box 99
New Auburn, WI 54757

Bakke Norman
Atty. Wallo for Security Bank
7 So. Dewey St., Ste. 220
Eau Claire, WI 54701

Deere & Company
Attn: Pres,Prtnr,Mmbr
1 John Deere Place
Moline, IL 61265

Bruce Durand
P.O. Box 99
New Auburn, WI 54757

Hudson Electric Inc.
Attn: Pres,Prtnr,Mmbr
14623 Cty. Hwy. S
Chippewa Falls, WI 54729

John Deere Construction & Forestry Co.
Attn: Pres,Prtnr,Mmbr
6400 NW 86th St.
Johnston, IA 50131

Murphy Desmond SC
Atty Beilke for Deere & Co & John Deere
33 E. Main St., Ste. 500
P.O. Box 2038
Madison, WI 53701-2038

Newtek Small Business Finance LLC
Attn: Pres,Prtnr,Mmbr
1981 Marcus Ave., Ste 130
New Hyde Park, NY 11042

Preferred Sands of Minnesota, LLC
Attn: Pres,Prtnr,Mmbr
100 Matsonford Rd., Ste. 101
Wayne, PA 19087

Don Prill
4121 186th Avenue
Bloomer, WI 54724

River Country Coop
Attn: Pres,Prtnr,Mmbr
1080 West River St.
Chippewa Falls, WI 54729
```

```
Security Bank
Attn: Pres,Prtnr,Mmbr
112 E. Main St.
New Auburn, WI 54757

Security Bank
Attn: Pres,Prtnr,Mmbr
P.O. Box 278
New Auburn, WI 54757

Terri Durand Trucking Inc.
Attn: Pres,Prtnr,Mmbr
P.O. Box 99
New Auburn, WI 54757
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re **Frontier Sand, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Frontier Sand, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 14, 2023**

Date

/s/ Joshua D. Christianson

**Joshua D. Christianson 1060033**

Signature of Attorney or Litigant

Counsel for **Frontier Sand, LLC**

**Christianson & Freund, LLC**
**920 S. Farwell Street, Ste. 1800**
**P.O. Box 222**
**Eau Claire, WI 54702-0222**
**715.832.1800**
**lawfirm@cf.legal**